PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 19-OCT-2004 FOR: 2000Z00440/001 PAGE: 1 OF 2

DEBTOR: Wald, Colleen M.
COURT NUMBER: 01-1431 ADM/AJB PRIORITY CODE:
CURRENT LIABILITY BALANCE: $1,271.13

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009 | PMNT | WA | 20-OCT-2003 | GR/G | US Bank | MN /04/018 | 3129106 | $62.09 | 27-OCT-2003 | $5,591.10 |
| 0010 | PMNT | WA | 04-NOV-2003 | GR/G | US Bank | MN /04/024 | 3147090 | $197.53 | 04-NOV-2003 | $5,397.37 |
| 0012 | PMNT | WA | 19-NOV-2003 | GR/G | US Bank | MN /04/035 | 3158295 | $172.85 | 19-NOV-2003 | $5,228.21 |
| 0013 | PMNT | WA | 18-DEC-2003 | GR/G | US BANK | MN /04/058 | 3187415 | $315.76 | 18-DEC-2003 | $4,919.35 |
| 0014 | PMNT | WA | 20-JAN-2004 | GR/G | US Bank | MN /04/077 | 3213640 | $193.24 | 20-JAN-2004 | $4,733.49 |
| 0018 | PMNT | WA | 04-FEB-2004 | GR/G | US Bank | MN /04/088 | 3226829 | $265.74 | 04-FEB-2004 | $4,471.52 |
| 0019 | PMNT | WA | 19-FEB-2004 | GR/G | US BANK | MN /04/099 | 3237528 | $213.51 | 19-FEB-2004 | $4,261.05 |
| 0020 | PMNT | WA | 04-MAR-2004 | GR/G | US Bank | MN /04/109 | 3250105 | $203.87 | 04-MAR-2004 | $4,059.89 |
| 0021 | PMNT | WA | 18-MAR-2004 | GR/G | US Bank | MN /04/119 | 3260830 | $204.12 | 18-MAR-2004 | $3,858.35 |
| 0022 | PMNT | WA | 05-APR-2004 | GR/G | US Bank | MN /04/131 | 3274150 | $217.57 | 05-APR-2004 | $3,643.93 |
| 0023 | PMNT | WA | 19-APR-2004 | GR/G | US Bank | MN /04/141 | 3284623 | $216.62 | 19-APR-2004 | $3,429.62 |
| 0024 | PMNT | WA | 05-MAY-2004 | GR/G | US BANK | MN /04/153 | 3296102 | $206.12 | 05-MAY-2004 | $3,225.99 |
| 0025 | PMNT | WA | 19-MAY-2004 | GR/G | US BANK | MN /04/163 | 3305066 | $201.83 | 19-MAY-2004 | $3,026.21 |
| 0026 | PMNT | WA | 03-JUN-2004 | GR/G | Travelers | MN /04/172 | 3316950 | $199.25 | 03-JUN-2004 | $2,829.02 |
| 0027 | PMNT | WA | 18-JUN-2004 | GR/G | Travelers Express | MN /04/182 | 3327684 | $189.42 | 18-JUN-2004 | $2,641.52 |
| 0028 | PMNT | WA | 06-JUL-2004 | GR/G | US BAnk | MN /04/193 | 3339373 | $182.36 | 06-JUL-2004 | $2,461.32 |
| 0029 | PMNT | WA | 19-JUL-2004 | GR/G | US Bank | MN /04/205 | 3348617 | $192.28 | 19-JUL-2004 | $2,270.49 |
| 0030 | PMNT | WA | 04-AUG-2004 | GR/G | US Bank | MN /04/217 | 3360341 | $198.10 | 04-AUG-2004 | $2,074.04 |
| 0031 | PMNT | WA | 18-AUG-2004 | GR/G | US Bank | MN /04/227 | 3369273 | $194.67 | 18-AUG-2004 | $1,880.69 |
| 0032 | PMNT | WA | 03-SEP-2004 | GR/G | US Bank | MN /04/239 | 3381840 | $203.26 | 03-SEP-2004 | $1,678.79 |
| 0033 | PMNT | WA | 20-SEP-2004 | GR/G | US BANK | MN /04/249 | 3391556 | $198.96 | 20-SEP-2004 | $1,481.12 |
| 0034 | PMNT | WA | 04-OCT-2004 | GR/G | US BANK | MN /05/002 | 3404313 | $210.93 | 04-OCT-2004 | $1,271.13 |

Total Payments for Debtor: $4,440.08

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 19-OCT-2004 FOR: 2000Z00440/002 PAGE: 1 OF 2

DEBTOR: Wald, Colleen M.
COURT NUMBER: 01-1431 PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | T | 06-OCT-2003 | GR/G | US Bank | MN /04/018 | 3115965 | $107.91 | 27-OCT-2003 | $132.01 |
| 0004 | PMNT | T | 20-OCT-2003 | GR/G | US Bank | MN /04/018 | 3129106 | $132.01 | 27-OCT-2003 | $0.00 |

Total Payments for Debtor: $239.92

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 19-OCT-2004 FOR: 2000Z00440/003 PAGE: 1 OF 2

DEBTOR: Wald, Colleen M.
COURT NUMBER: 01-1431
CURRENT LIABILITY BALANCE: $0.00

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | T | 06-OCT-2003 | GR/G | US Bank | MN /04/018 | 3115965 | $90.00 | 27-OCT-2003 | $0.00 |

Total Payments for Debtor: $90.00