CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ) | |
| | ) | Civil No. 01-1431 ADM/AJB |
| COLLEEN M. WALD, a/k/a<br>COLLEEN M. HARVEY,<br><br>Defendant. | ) | |

I hereby certify that on _October 20, 2004____, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

US Bancorp
Attn: Payroll Representative
60 Livingston Street
St. Paul, MN 55107

Colleen M. Harvey
1104 Edgerton Street
St. Paul, MN 55101

__s/Jessica Scott____________