CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Civil No. 01-1431 ADM/AJB
)
COLLEEN M. WALD, a/k/a )
COLLEEN M. HARVEY, )
)
Defendant. )

I hereby certify that on _January 6, 2005__, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

US Bancorp
Attn: Payroll Representative
60 Livingston Street
St. Paul, MN 55107

Colleen M. Harvey
XXXX XXXXXXXX XXXXXX
St. Paul, MN 55101

__s/ Jessica Scott___________